[No. 4191-1.   Division One.   November 22, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 72608, Norman B. Ackley, J., entered September 29, 1975. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, C.J., and Callow, J.